UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
|   BRYAN K CHANDLER and | : |
|   ANGELA J CHANDLER, | :   CHAPTER 13 |
|     Debtors | : |
| | : |
| JACK N. ZAHAROPOULOS, | : |
|   STANDING CHAPTER 13 TRUSTEE, | :   CASE NO. 1-24-bk-03142-HWV |
|     Movant | : |
| | : |
| BRYAN K CHANDLER and | : |
| ANGELA J CHANDLER, | : |
|     Respondents | : |

## TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

AND NOW, this 1st day of April 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Douglas R. Roeder, Esquire, and objects to the confirmation of the above-referenced Debtors' Plan for the following reason:

1. Trustee avers that Debtors' Plan is not feasible based upon the following:

   a. Insufficient Monthly Net Income as indicated on Schedules I and J for payments starting June 2025.

WHEREFORE, Trustee alleges and avers that Debtors' Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

   a. deny confirmation of Debtors' Plan;
   b. dismiss or convert Debtors' case; and
   c. provide such other relief as is equitable and just.

                        Respectfully submitted:

                        Jack N. Zaharopoulos
                        Standing Chapter 13 Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA 17036
                        (717) 566-6097

                By:   /s/ Douglas R. Roeder, Esquire
                          Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this 1st day of April 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

Brad J. Sadek, Esquire
Sadek and Cooper
1500 JFK Boulevard
Suite 220
Philadelphia, PA 19102

    /s/ Derek M. Strouphauer, Paralegal
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee