IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| BRYAN K. CHANDLER | ) | |
| ANGELA J. CHANDLER | ) | Case No.: 1:24-03142 (HWV) |
| **Debtor(s)** | ) | |
| | ) | Chapter 13 |
| CREDIT ACCEPTANCE CORPORATION | ) | |
| **Movant** | ) | Docket No. |
| | ) | |
| v. | ) | |
| | ) | 11 U.S.C. 362 |
| BRYAN K. CHANDLER | ) | |
| ANGELA J. CHANDLER | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| JACK N. ZAHAROPOULOS | ) | |
| **Trustee** | ) | |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362
FILED ON BEHALF OF CREDIT ACCEPTANCE CORPORATION**

1. A Chapter 13 petition was filed on December 5, 2024.

2. Relief from the automatic stay is requested with respect to personal property described as a 2013 GMC Terrain bearing vehicle identification number 2GKFLVEK6D6138815.

3. On February 29, 2024, the Debtors entered into a retail installment sales contract for the purchase of a 2013 GMC Terrain more particularly described in the following paragraph. The contract was assigned to Credit Acceptance Corporation and the Debtors became indebted to Credit Acceptance in accordance with the terms of same. To secure payment of the contract, the Debtors caused the title to the vehicle to be delivered to Credit Acceptance. As a result, Credit Acceptance Corporation is the holder of a first purchase money security interest encumbering the vehicle. True copies of the contract and title inquiry to the vehicle are annexed hereto as **Exhibits A and B.**

4. The following information sets forth the make, model, and serial number of the vehicle, the terms of the contract, the clean retail value of the vehicle, and the current status of the Debtors' loan:

   A. Make, model, and serial number of motor vehicle:
      1. 2013 GMC Terrain
      2. 2GKFLVEK6D6138815

B. Contract terms:
   1. Total of payments: $15,767.91
   2. Term: 57 months
   3. Monthly payments: $276.63
   4. First payment due: 3-29-24

C. Value of Vehicle:
   1. Clean Retail Value: $7,625.00*
   **Value derived from NADA Official Used Car Guide, August 2025 edition**.

D. Account Status:
   1. Current Payoff: $11,213.68
   2. Delinquency Status: The Debtors' account is past due post-petition from December 29, 2024 through August 29, 2025, with arrears in the amount of $2,993.31.

5. Credit Acceptance Corporation requests relief from the automatic stay for the following reasons:

   A. The Debtor is failing to make payments under the terms of the retail installment sales contract and is failing to provide Credit Acceptance with adequate protection.

,
**WHEREFORE**, Movant prays that the Court grant the relief requested and issue the attached proposed Order.

Date: 9/8/25

/s/ William E. Craig
**By: William E. Craig**
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney I.D. 92329, Pennsylvania