IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | |
|---|---|
| IN RE:<br>BRYAN K CHANDLER AND ANGELA J CHANDLER<br>    Debtors | Case No. 1:24-bk-03142-HWV |
| Freedom Mortgage Corporation,<br>    Movant | Chapter 13 |
| vs.<br>BRYAN K CHANDLER AND ANGELA J CHANDLER<br>    Respondents | 11 U.S.C. §362 |

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Notice of Motion and Motion for Relief from the Automatic Stay at the addresses shown below or on the attached list on 9/30/2025.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by First Class Mail
BRYAN K CHANDLER
1953 ARMSTRONG VALLEY ROAD
HALIFAX, PA 17032

ANGELA J CHANDLER
1953 Armstrong Valley Road
Halifax, PA 17032

Service by Electronic Notification
BRAD J SADEK
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com

Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com

US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
Ustpregion03.ha.ecf@usdoj.gov

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail.

This is the 30th day of September, 2025.

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com