UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
BRYAN K CHANDLER,
ANGELA J CHANDLER,
   Debtor

JACK N. ZAHAROPOULOS
   STANDING CHAPTER 13 TRUSTEE
   Movant

BRYAN K CHANDLER,
ANGELA J CHANDLER,
   Respondent

CHAPTER 13

CASE NO. 1-24-BK-03142-HWV

TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 25th day of November 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

   a. Insufficient Monthly Net Income as indicated on Schedules I and J.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of Debtor(s)' Plan.
   b. Dismiss or convert Debtor(s)' case.
   c. Provide such other relief as is equitable and just.

    Respectfully submitted:

    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097

    BY: /s/ Douglas R. Roeder
         Attorney for Trustee

## CERTIFICATE OF SERVICE

   AND NOW, this 25th day of November 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

BRAD J SADEK
SADEK LAW OFFICES, LLC
1500 JFK BLVD, SUITE 220
PHILADELPHIA, PA 19102-

                /s/Ashley Schott
                Office of Jack N. Zaharopoulos
                Standing Chapter 13 Trustee